# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSERIES LLC, a California limited liability corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>TOTAL ICE THERAPY, a business entity of unknown form; PETE'S ICE, a business entity of unknown form; PETER LOWENBURG, an individual; EZ ICE THERAPY, a business entity of unknown form; BRAD SMITH, an individual; PRO THERAPY SUPPLIES, a Georgia limited liability company; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | CASE NO.: 2:12-cv-01242-R-VBK<br>*[Assigned to the Honorable Manuel L. Real, Courtroom 8]*<br><br>**ORDER GRANTING PLAINTIFF PROSERIES LLC AND DEFENDANT PRO THERAPY SUPPLIES, LLC'S CONSENT ORDER FOR PRELIMINARY INJUNCTION** |

NOW, THEREFORE, by stipulation and consent of ProSeries and Pro Therapy, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Pro Therapy, its officers, directors, agents, servants, employees, and attorneys, and all those acting or attempting to act in active concert or participation with them are enjoined from directly or indirectly engaging in any of the following actions pending trial of this matter:

1

[PROPOSED] ORDER GRANTING PLAINTIFF PROSERIES LLC AND DEFENDANT PRO THERAPY SUPPLIES, LLC'S
LEGAL02/33152527v1          CONSENT ORDER FOR PRELIMINARY INJUNCTION

1. Selling, offering to sell, distributing, exploiting, marketing, advertising, promoting, transferring, shipping, importing, licensing, handling, concealing, moving, or disposing of, in any matter, any goods marked with "PROSERIES" and/or "Pro Series" (without regard to capitalization) and/or the ProSeries' Circular Logo depicted in Exhibit A attached hereto.

2. Destroying, hiding, moving, or transferring any documents, business records, or computer records related to the acquisition, import, export, purchase, transfer, shipping, sale, or distribution of any ice wrap.

3. Assisting, aiding, or abetting any other person or business entity engaging in or performing any of the activities referred to in the above paragraphs (1) and (2).

SO ORDERED this 28th day February, 2012.

_____
Honorable Manuel L. Real
United States District Court Judge