Sachin R. Mehta, S.B. No. 223572
Jessica D. Lew, S.B. No. 225459
**MEHTALEGAL**
3400 Airport Avenue, Suite 20
Santa Monica, California 90405
Telephone: (310) 390 – 1200
Fax:        (310) 390 – 1300
Email:      sachin@mehtalegal.com

Attorney for Plaintiff
PROSERIES LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSERIES LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOTAL ICE THERAPY, a business entity of unknown form; PETE'S ICE, a business entity of unknown form; PETER LOWENBERG, an individual; EZ ICE THERAPY, a business entity of unknown form; BRAD SMITH, an individual; PRO THERAPY SUPPLIES, a Georgia limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | **CASE NO. 2:12-cv-01242-R-VBK**<br>Assigned to:<br>The Honorable Manuel L. Real<br>_____<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION RE DEFENDANTS TOTAL ICE THERAPY, PETE'S INCE, AND PETER LOWENBERG** |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Plaintiff ProSeries, LLC, brought an Application for TRO and OSC re Preliminary Injunction, by which it has demonstrated a probability of success on the merits of its claims, as set forth in the Complaint in this case, and the potential for irreparable injury resulting from Defendants' conduct, as set forth in the Application.

Defendants Total Ice Therapy, Pete's Ice, and Peter Lowenberg (collectively, "the Lowenberg Defendants") were properly personally served with the Application and Order to Show Cause re Preliminary Injunction on February 24, 2012, and failed to timely file answering papers. The Lowenberg Defendants further did not oppose the issuance of the Preliminary Injunction, and did not appear at the OSC re Preliminary Injunction set by this Court.

The Court, having duly considered the papers, the oral arguments, and evidence presented at the hearing on the motion, and for good cause appearing, therefore, **ORDERS** that Plaintiff's Application is **GRANTED** as to **DEFENDANTS TOTAL ICE THERAPY, PETE'S ICE, AND PETER LOWENBERG**; and

**IT IS FURTHER ORDERED** that DEFENDANTS TOTAL ICE THERAPY, PETE'S ICE, AND PETER LOWENBERG and their officers, directors, agents, servants, employees and attorneys, and all those acting or attempting to act in active concert or participation with them from directly or indirectly are, hereby preliminarily enjoined from engaging in any of the following actions pending trial of this matter and/or otherwise until further order of court:

    A.    Selling, offering to sell, distributing, exploiting, marketing, advertising, promoting, transferring, shipping, importing, licensing, handling, concealing, moving or disposing of, in any matter, any goods marked with "PROSERIES" and/or "Pro Series" (without regard to capitalization), and/or the ProSeries' Circular Logo.

1        B.    Destroying, hiding, moving, or transferring any documents, business records, or computer records related to the acquisition, import, export, purchase, transfer, shipping, sale, or distribution of any ice wraps.

      C.    Assisting, aiding, or abetting any other person or business entity engaging in or performing any of the activities referred to in the above paragraphs (A) and (B).

**IT IS SO ORDERED.**

DATE: March 7, 2012

_____
United States District Court Judge

Presented By:

MEHTALEGAL

_____/s/_____
Sachin R. Mehta, Esq.
Attorney for Plaintiff PROSERIES LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERIVCE**