**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROSERIES LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL ICE THERAPY, a business entity of unknown form; PETE'S ICE, a business entity of unknown form; PETER LOWENBURG, an individual; EZ ICE THERAPY, a business entity of unknown form; BRAD SMITH, an individual; PRO THERAPY SUPPLIES, a Georgia limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-01242-R-VBK<br>[Assigned to the Honorable Manuel L. Real, Courtroom 8]<br><br>**ORDER GRANTING PLAINTIFF PROSERIES LLC AND DEFENDANTS PETER LOWENBERG, TOTAL ICE THERAPY, AND PETE'S ICE'S CONSENT ORDER FOR PRELIMINARY INJUNCTION** |

NOW, THEREFORE, by stipulation and consent of Plaintiff ProSeries LLC ("ProSeries") and Defendants Peter Lowenberg, Total Ice Therapy, and Pete's Ice (together, "the Lowenberg Defendants") IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

The Lowenberg Defendants, their officers, directors, agents, servants, employees, and attorneys, and all those acting or attempting to act in active concert or

participation with them are enjoined from directly or indirectly engaging in any of the following actions pending trial of this matter:

    1.    Marketing, advertising, offering for sale, or promoting any product through the use of any photograph which features a ProSeries product, logo, or mark, regardless of whether such photograph has been in any way modified, altered, or manipulated to conceal, remove, or otherwise omit any such ProSeries logo or mark.

SO ORDERED this 22nd day June, 2012.

_____
Honorable Manuel, L. Real
United States District Court Judge