D. Joshua Staub, Bar No. 170568
Law Office of D. Joshua Staub
P.O. Box 1914
Santa Monica, CA 90406-1914
Telephone:  (310) 929-5269

Attorney for Plaintiff Proseries, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSERIES, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> TOTAL ICE THERAPY, a business entity of unknown form; PETE'S ICE, a business entity of unknown form; PETER LOWENBURG, an individual; EZ ICE THERAPY, a business entity of unknown form; BRAD SMITH, an individual; PRO THERAPY SUPPLIES, a Georgia limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:12-CV-01242-R-VBK <br><br> *Assigned to Honorable Manuel L. Real Courtroom 8* <br><br> **ORDER GRANTING PLAINTIFF PROSERIES, LLC AND DEFENDANTS BRAD SMITH & EZ ICE THERAPY'S JOINT STIPULATION FOR A CONSENT ORDER FOR A *PERMANENT* INJUNCTION** |

NOW, THEREFORE, by stipulation and consent of Plaintiff PROSERIES, LLC ("Plaintiff") and Defendant Brad Smith d/b/a EZ ICE THERAPY ("Smith")

and their officers, directors, agents, servants, partners, co-venturers, employees, attorneys and all those acting or attempting to act in active concert or participation with them, hereby stipulate to the entry of this Stipulated Permanent Injunction:

**THEREFORE,** Smith, and EZ ICE THERAPY, and its officers, directors, agents, servants, partners, co-venturers, employees and attorney and all those acting or attempting to act in active concert or participation with them from directly or indirectly are, hereby **PERMANENTLY ENJOINED** from engaging in any of the following actions:

> referring, mentioning, or stating that SMITH has any association, relationship or business with Total Ice Therapy, Dr. Peter Lowenberg, and/or Proseries.

**SO ORDERED THIS 8th day of March, 2013.**

**BY:** _____

_____
**Honorable Manuel L. Real**
**United States District Judge**